**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARIANA CORTES SORZA, *individually*
*and on behalf of others similarly situated*,

                                Plaintiff,

– *against* –

TWIN DONUT, INC. (D/B/A TWIN
DONUT), MY DONUT & FOOD INC.
(D/B/A TWIN DONUT), GEORGE
PSATHAS, RAJESH PATEL, PETER
DOE, and EDITH DOE,

                                Defendants.

**ORDER**

19 Civ. 3949 (ER)

RAMOS, D.J.:

        Plaintiff filed the instant suit against Defendants on May 2, 2019.  Doc. 1.  On August 27,

2019, Plaintiff returned affidavits of service regarding Defendants Twin Donut, Inc. and George

Psathas, Docs. 16 and 17, but Plaintiff has not returned affidavits of service for the other

Defendants.  Since then, there has been no activity in this matter.  Accordingly, Plaintiff is

hereby ORDERED to file a status report by December 4, 2020.  Failure to comply with this

Order may result in sanctions, including dismissal for failure to serve Defendants or prosecute

the case.  *See* Fed. R. Civ. P. 4(m), 41.

        SO ORDERED.

Dated:   November 20, 2020
         New York, New York

                                                EDGARDO RAMOS, U.S.D.J.