**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MARIANA CORTES SORZA, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

      -against-

TWIN DONUT, INC. (D/B/A TWIN DONUT),
MY DONUT & FOOD INC. (D/B/A TWIN DONUT),
GEORGE PSATHAS, RAJESH PATEL, PETER DOE, and EDITH DOE,

                *Defendants.*

-----------------------------------------------------------X

Civil Action No. **19-cv-03949-ER**

**JUDGMENT**

## **JUDGMENT**

    On January 28, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    That the Plaintiff MARIANA CORTES SORZA, has a judgment against MY DONUT & FOOD INC. (D/B/A TWIN DONUT), and RAJESH PATEL (collectively "Defendants"), jointly and severally, in the amount of $4,400, (Four Thousand Four Hundred Dollars) which is inclusive of attorneys' fees and costs.

Dated: January 29, 2021
New York, New York

                                                          _____
                                                            EDGARDO RAMOS, U.S.D.J.